UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARLA DANCY HINES**<br><br>Individually and as Co-Personal Representative of the Estate of Senella Dancy<br><br>and<br><br>**ANTHONY DANCY,**<br><br>Individually and as Co-Personal Representative of the Estate of Senella Dancy<br><br>Plaintiffs,<br><br>v.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**<br><br>Defendant. | Civil Action No. 1:21-cv-679 |

**DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S
<u>NOTICE OF REMOVAL</u>**

**COMES NOW**, Defendant Washington Metropolitan Area Transit Authority (hereafter "WMATA"), by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1441 and 1446, and D.C. Code §9-1107.01(81) (2001), hereby removes the above-captioned matter to this Court. The grounds for removal are set forth below.

**<u>Nature of Plaintiff's Claim</u>**

1. On or about January 28, 2021, Plaintiffs Carla Dancy Hines and Anthony Dancy, individually and in their capacities as the co-personal representatives of the Estate of Senella

Dancy, filed the above action against WMATA in the Superior Court of the District of Columbia under Case No. 2021 CA 000283 B.

2. WMATA accepted service of process (through e-mail) on February 23, 2021.

3. In accordance with 28 U.S.C. § 1446(a), true and correct copies of the Complaint, Summons, and Initial Order and Addendum are attached hereto as Exhibit A.

4. The Complaint alleges that on March 14, 2019, decedent Senella Dancy was struck by a metro train when she went onto the tracks.

5. The Complaint asserts two counts: Survival Action (Count I) and Wrongful Death (Count II).

## Procedural Posture

6. This Notice of Removal is filed within thirty (30) days after service of the Summons and Complaint, and is therefore timely. *See* 28 U.S.C. § 1446(b).

## Jurisdiction and Venue

7. This is a civil action over which this Court has original jurisdiction under the WMATA Compact, Public Law 89-774, paragraph 81, approved by Congress on November 6, 1966, as amended, reprinted at D.C. Code 9-1107.01, Section 81, which provides:

> The United States District Courts shall have original jurisdiction, concurrent with the Courts of Maryland and Virginia, of all actions brought by or against the Authority and to enforce subpoenas issued under this Title.  Any such action initiated in a State Court shall be removable to the appropriate District Court in the manner provided by Act of June 25, 1948, as amended [28 U.S.C. §1446].

8. Venue is proper because this district embraces the jurisdiction in which Plaintiff initiated her lawsuit.

9. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed contemporaneously with the Clerk of the Superior Court of the District of Columbia, and served along with written notice on Plaintiff's counsel of record.

10. No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved to Defendant.

**WHEREFORE**, Defendant Washington Metropolitan Area Transit Authority hereby removes the above-captioned matter, in its entirety, to this Court.

Respectfully submitted,

**KIERNAN TREBACH, LLP**

*/s/ Nimalan Amirthalingam*
Nimalan Amirthalingam, Esquire (#485117)
Jeremy C. Huang, Esquire (#1000849)
1233 20th Street, NW, Suite 800
Washington, D.C. 20036
T: (202) 712-7000
F: (202) 712-7100
namirthalingam@kiernantrebach.com
jhuang@kiernantrebach.com
*Attorneys for Defendant Washington Metropolitan Area Transit Authority*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 15, 2021, a copy of the foregoing was served *via* first-class mail, postage pre-paid, upon:

John F.X. Costello
Costello & Edwards, LLC
5845 Allentown Road
Camp Springs, MD 20746
*Attorney for the Plaintiff*

        */s/ Nimalan Amirthalingam*
        Nimalan Amirthalingam, Esquire (#485117)