UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARLA DANCY HINES**<br><br>Individually and as Co-Personal Representative of the Estate of Senella Dancy<br><br>and<br><br>**ANTHONY DANCY,**<br><br>Individually and as Co-Personal Representative of the Estate of Senella Dancy<br><br>Plaintiffs,<br><br>v.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**<br><br>Defendant. | Civil Action No. 1:21-cv-679 |

**NOTICE OF APPEARANCE OF COUNSEL FOR**
**DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

To the Clerk of the Court and all parties of record:

Please enter the appearance of Nimalan Amirthalingam as counsel for Defendant Washington Metropolitan Area Transit Authority. Mr. Amirthalingam is admitted to practice in this Court.

        Respectfully submitted,

        **KIERNAN TREBACH, LLP**

        */s/ Nimalan Amirthalingam*
        Nimalan Amirthalingam, Esquire (#485117)
        1233 20th Street, NW, Suite 800
        Washington, D.C. 20036
        T: (202) 712-7000
        F: (202) 712-7100
        namirthalingam@kiernantrebach.com
        *Attorney for Defendant Washington Metropolitan Area Transit Authority*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 15, 2021, a copy of the foregoing was served *via* first-class mail, postage prepaid, upon:

John F.X. Costello
Costello & Edwards, LLC
5845 Allentown Road
Camp Springs, MD 20746
*Attorney for the Plaintiff*

        */s/ Nimalan Amirthalingam*
        Nimalan Amirthalingam, Esquire (#485117)

218752-1